## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Ronald Millard Irby     DOC No. 583538
Avoyelles Corr Cen  C1- D2
1630 Prison Road
Cottonport LA 71327-4055

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 30, 2019

**REHEARING ACTION: December 30, 2019**

**Docket Number: 18   00331-KH**

**STATE OF LOUISIANA
VERSUS
RONALD MILLARD IRBY**

**Writ Application from Calcasieu Parish Case No. 35488-11**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. John E. Conery
Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Ronald Millard Irby** is:

**REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal,
Rule 2-18.7

cc: John Foster DeRosier, Counsel for  the Respondent